| | |
|---|---|
| **IN RE: Ronald  Joseph Besser Jr., aka Ronald J. Besser, Jr., aka Ronald Besser, Jr., aka Ronald Besser, aka Ronald Joseph Besser, fdba Best with Besser,aka Ronald J. Besser** | **BK NO. 25-00204 MJC** |
| | |
| **Dana Louise Besser aka Dana L. Besser, aka Dana Besser, aka Dana Kubiak, fdba Best with Besser** | **Chapter 13** |
| **Debtor(s)** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Brent J. Lemon*

Brent Lemon
03 Feb 2025, 14:59:04, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 63345481e7d9cd77a4dacd288677b48d19d68bf8969036beaf5817f47378c40b