Certificate Number: 12433-PAM-DE-039325413

Bankruptcy Case Number: 25-00204


12433-PAM-DE-039325413

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>February 10, 2025</u>, at <u>1:42</u> o'clock <u>PM EST</u>, <u>Ronald J. Besser, Jr.</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 10, 2025</u>    By:  <u>/s/Lisa Susoev</u>

Name:  <u>Lisa Susoev</u>

Title:  <u>Teacher</u>