United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Ronald Joseph Besser, Jr.  
Dana Louise Besser  
    Debtors

Case No. 25-00204-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Mar 10, 2025      Form ID: ntcnfhrg      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Joseph Besser, Jr., Dana Louise Besser, 1126 Shagbark Lane, Stroudsburg, PA 18360-7046 |
| 5684910 | | BRIDGECREST CREDIT COMPANY, 1800 N COLORADO ST, GILBERT, AZ 85233 |
| 5684912 | | CHRISTINE BARBA ESQ, BALLARD SPAHR, 1735 MARKET STREET 51ST FLOOR, PHILADELPHIA, PA 19103-7599 |
| 5684913 | + | CINTAS CORPORATION NEG SERVICES, 164 EAST MAIN STREET, EMMAUS, PA 18049-3018 |
| 5684917 | + | DOORDASH, INC., PO BOX 735240, DALLAS, TX 75373-5240 |
| 5684918 | + | DRISCOLL FOODS, 6 WEST BELT, WAYNE, NJ 07470-6810 |
| 5684921 | | HERR FOODS INC, PO BOX 300, NOTTINGHAM, PA 19362-0300 |
| 5684922 | + | INSALACO DEVELOPMENT GROUP, 490 NORTH MAIN STREET STE 101, PITTSTON, PA 18640-2100 |
| 5684923 | + | PA DEPT OF REVENUE, BUREAU OF COLLECTIONS, PO BOX 281041, HARRISBURG, PA 17128-1041 |
| 5684927 | + | PRIMOHOAGIES FRANCHISING, 610 RYAN AVE BLDG V UNIT 4, WESTVILLE, NJ 08093-1588 |
| 5684926 | + | PRIMOHOAGIES FRANCHISING, C/O JOE DUNN ESQ / DUNN & ALLSMAN, 18 CAMPUS BLVD STE 100, NEWTOWN SQUARE, PA 19073-3240 |
| 5684930 | + | TANNERSVILLE REALTY COMPANY LP, 490 NORTH MAIN STREET STE 101, PITTSTON, PA 18640-2100 |
| 5684932 | | THE HARTFORD, PO BOX 660917, DALLAS, TX 75266-0917 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 10 2025 18:58:35 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5685787 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 10 2025 18:58:59 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5684911 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2025 18:58:22 | CAPITAL ONE BANK USA NA, P.O. BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5684914 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2025 18:52:00 | COMENITY CAPITAL/ULTA MC, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5689031 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 10 2025 18:59:18 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5684915 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 10 2025 18:52:00 | DEPT OF ED, 121 S 13TH STREET, LINCOLN, NE 68508-1904 |
| 5684916 | | Email/Text: mrdiscen@discover.com | Mar 10 2025 18:52:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 5686728 | | Email/Text: mrdiscen@discover.com | Mar 10 2025 18:52:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5684919 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 10 2025 18:52:00 | FORTIVA CREDIT CARD, PO BOX 105555, ATLANTA, GA 30348-5555 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5684920 | + | Email/Text: bankruptcynotices@gusto.com | Mar 10 2025 18:52:00 | GUSTO, 525 20TH STREET, SAN FRANCISCO, CA 94107-4345 |
| 5684924 | | Email/PDF: ebnotices@pnmac.com | Mar 10 2025 18:59:03 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5684925 | ^ | MEBN | Mar 10 2025 18:41:25 | PPL ELECTRIC UTILITIES, PO BOX 419054, SAINT LOUIS, MO 63141-9054 |
| 5684928 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 10 2025 19:11:54 | SYNCB/HH GREGG, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 5684929 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 10 2025 18:47:11 | SYNCB/LOWES, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 5691545 | | Email/Text: bncmail@w-legal.com | Mar 10 2025 18:52:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 5684931 | | Email/Text: bncmail@w-legal.com | Mar 10 2025 18:52:00 | TD BANK USA/TARGET CREDIT, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 5688236 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 10 2025 18:52:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5684933 | + | Email/Text: Bankruptcy@wsfsbank.com | Mar 10 2025 18:53:00 | WILMINGTON SAVINGS FUND SOCIETY, WSFS BANK CENTER, 500 DELAWARE AVENUE, WILMINGTON, DE 19801-1490 |
| 5684934 | ^ | MEBN | Mar 10 2025 18:40:58 | WM CORPORATE SERVICES, INC., AS PAYMENT AGENT, PO BOX 13648, PHILADELPHIA, PA 19101-3648 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5685788 | *+ | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | |

on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com

Jack N Zaharopoulos

TWecf@pamd13trustee.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 2 Dana Louise Besser lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

Vincent Rubino

on behalf of Debtor 1 Ronald Joseph Besser Jr. lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Ronald Joseph Besser Jr., aka Ronald Besser Jr., aka Ronald J. Besser Jr., aka Ronald Besser, aka Ronald J. Besser, aka Ronald Joseph Besser, fdba Best with Besser, | Chapter | 13 |
| | Case No. | 5:25−bk−00204−MJC |

**Debtor 1**

Dana Louise Besser,
aka Dana L. Besser, aka Dana Besser, aka Dana Kubiak,
fdba Best with Besser,

**Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 10, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 17, 2025<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 10, 2025 |

ntcnfhrg (08/21)