IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: RONALD JOSEPH BESSER, JR.<br>a/k/a RONALD J. BESSER, JR.<br>a/k/a RONALD BESSER, JR.<br>a/k/a RONALD BESSER<br>a/k/a RONALD JOSEPH BESSER<br>a/k/a RONALD J. BESSER<br>fdba BEST WITH BESSER,<br>and DANA LOUISE BESSER<br>a/k/a DANA L. BESSER<br>a/k/a DANA BESSER<br>a/k/a DANA KUBIAK,<br>fdba BEST WITH BESSER,<br><br>Debtors, | : | Chapter 13<br>Case No. 5: 25-bk-00204-MJC |
| CARRINGTON MORTGAGE<br>SERVICES, LLC<br><br>Movant,<br>vs. | : | |
| RONALD JOSEPH BESSER, JR.<br>a/k/a RONALD J. BESSER, JR.<br>a/k/a RONALD BESSER, JR.<br>a/k/a RONALD BESSER<br>a/k/a RONALD JOSEPH BESSER<br>a/k/a RONALD J. BESSER<br>fdba BEST WITH BESSER,<br>and DANA LOUISE BESSER<br>a/k/a DANA L. BESSER<br>a/k/a DANA BESSER<br>a/k/a DANA KUBIAK,<br>fdba BEST WITH BESSER, and<br>JACK N. ZAHAROPOULOS,<br><br>Respondents, | : | Answer to Motion for Relief |

**ANSWER TO MOTION FOR RELIEF**
**ON BEHALF OF DEBTOR**

AND NOW comes the Debtors, Ronald Joseph Besser, Jr., and Dana Louise Besser, by and through their attorneys, Newman Williams, P.C., and answers the Motion for Relief from Automatic Stay by Carrington Mortgage Services, LLC, as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.
7. Denied. After reasonable investigation, Debtor is without knowledge sufficient to form a belief as to the truth of these averments and therefore the averments are denied.
8. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.
9. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.
10. Denied. This is a legal conclusion to which no response is required. If the Court determines there to be a factual averment requiring response, it is specifically denied.

**WHEREFORE,** Debtor respectfully requests an Order of this Court denying the Motion of Carrington Mortgage Services, LLC, for Relief from the Automatic Stay.

Respectfully Submitted,

**NEWMAN WILLIAMS, P.C.**

By: /s/ George Searfoss, Esq.
George Searfoss, Esq.
712 Monroe Street
Stroudsburg, PA 18360
P: 570-421-9090
F: 570-424-9739
gsearfoss@newmanwilliams.com
*Attorney for Debtors*

Date: September 15, 2026